IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:18-MJ-92 (1) |
| vs. | : | HONORABLE SHARON L. OVINGTON |
| CRAWFORD, JOSHUA | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on March 29, 2018 and adds the following condition:

*1. The defendant must submit to supervision and report for supervision report to the 200 W. 2nd St. Dayton, Ohio, telephone 937-512-1430, no later than as directed.*

All other bond conditions remain in full force and effect.

Date: 5/4/2018

HONORABLE SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE